# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRIAN BOVEE,

    Plaintiff,

v.

CLARK COUNTY,

    Defendant.

Case No. 2:10-CV-01275-KJD -RJJ

**ORDER**

    On March 11, 2011 Defendant Clark County filed its Motion to Dismiss (#17).  On March 25, 2011, Plaintiff requested a continuance (#19). The Court granted the continuance and ordered Plaintiff to file his opposition no later than June 20, 2011 (#20).  Plaintiff has failed to file an opposition.

    Local Rule 7-2(d) provides that failure to oppose a motion "constitute[s] a consent to granting of the motion."

    Accordingly, **IT IS HEREBY ORDERED THAT** the Motion to Dismiss of Defendant Clark County (#17) is **GRANTED**.

    DATED this 12th day of August 2011.

                                                                            Kent J. Dawson
                                                                            United States District Judge